UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RONALD E. HARRIS, III, | Case No. 3:09-cv-60 |
| Petitioner, | Judge Timothy S. Black |
| | Magistrate Judge Michael J. Newman |
| vs. | |
| WARDEN, Chillicothe Correctional Institution, | |
| Respondent. | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 22); (2) DENYING PETITIONER'S PENDING MOTIONS AS MOOT; (3) DENYING AND DISMISSING PETITIONER'S PETITION WITH PREJUDICE; AND (3) TERMINATING THIS CASE**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael J. Newman. Pursuant to such reference, on October 7, 2011, the Magistrate Judge reviewed the pleadings in this case and issued a Report and Recommendations recommending that Petitioner's petition for writ of habeas corpus be denied with prejudice, that all other pending motions be denied as moot and that this case be terminated. (Doc. 22). The parties did not file objections to the Report and Recommendations of the Magistrate Judge and the time for doing so has expired.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. In this case, based upon the reasoning and citations of authority set forth in the Magistrate Judge's Report and Recommendations (Doc. 18), as

well as upon a *de novo* review of this case, the Court adopts the aforesaid Report and Recommendations in its entirety and overrules Petitioner's Objections.

Accordingly, based on the foregoing, the Court: (1) **ADOPTS** the Report and Recommendations of the United States Magistrate Judge (Doc. 22) in its entirety; (2) **DENIES** all remaining pending motions as moot; (3) **DENIES** and **DISMISSES** Petitioner's Petition with prejudice; and (4) **TERMINATES** this case on the Court's docket.

**IT IS SO ORDERED**.

Date: 12/6/11

*Timothy S. Black*
Timothy S. Black
United States District Judge