# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**RONALD E. HARRIS, III,**

    Petitioner,

           **CASE NO.    3:09-cv-060**

-vs-

           **District Judge Timothy S. Black**
           **Magistrate Judge Michael J. Newman**

**WARDEN, Chillicothe Correctional Institution,**

    Respondent.

## JUDGMENT IN A CIVIL CASE

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge is **ADOPTED**; Petitioner's pending Motions are **DENIED as moot**; Petitioner's Petition is **DENIED with prejudice** and **DISMISSED**; and that the case is **CLOSED**.

Date:  December 6, 2011                      **JAMES BONINI, CLERK**

                                                  By: s/ M. Rogers
                                                  Deputy Clerk