# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION


**RONALD E. HARRIS, III,**

     Petitioner,

                            **CASE NO.    3:09-cv-060**

**-vs-**

                            **District Judge Timothy S. Black**
                            **Magistrate Judge Michael J. Newman**


**WARDEN, Chillicothe Correctional
Institution,**

     Respondent.

---

## JUDGMENT IN A CIVIL CASE

---


     **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge is **ADOPTED**; Petitioner's pending Motions are **DENIED as moot**; Petitioner's Petition is **DENIED with prejudice** and **DISMISSED**; and that the case is **CLOSED**.

Date:  December 6, 2011                   **JAMES BONINI, CLERK**

                                      By: <u>s/ M. Rogers</u>
                                      Deputy Clerk